In the Matter of the Application of DOROTHY KLEINFELD, Respondent, for a Certiorari Order against WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, Defendants; NATAN FRANK, Appellant.— Motion to dismiss appeal granted by default, with ten dollars costs,

and appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Kapper, Carswell and Tompkins, JJ.